'00 AUG 28 P3:36

Mon Aug 28 15:29:06 2000

UNITED STATES DISTRICT COURT

MIAMI          , FL

Receipt No.   401 520305
Cashier        liz

Tender Type  CHECK

Check Number: 00491145

Transaction Type   C

Case No./Def No. 0:99-CR-000000/  0

| DO Code | Div No | Acct |
|---|---|---|
| 4600 | 0 | 604700 |

Amount         $  5000.00

UNITED STATES TREASURY/US DISTRICT COURT
, HOUSTON, TEXAS/4679-00491145

00CR6211/HURLEY/10% CASH BOND/ZUHAIR MUH
UMAD RABEI

Mon Aug 28 15:29:06 2000

Check No. 00491145
Amount$  5000.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600

**United States Treasury** 15-51/000  U.S. DISTRICT COURT   4679-00491145
                                       HOUSTON, TX

Check No. 00491145

08 25 00   USA V ZUHAIR MUH. RABEI

Pay to the order of

CLERK, U.S.D.C.
U.S. COURTHOUSE                                        $**5,000*00
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL  33301

VOID AFTER ONE YEAR

Michael N
DISBURSING OFFICER

149411   2
REF. NO.

⑆4679⑆  ⑉000000518⑊  0049114 56⑊

HOUSTON DIVISION  4:00-CR-0853M

| | |
|---|---|
| UNITED STATES OF AMERICA | § Crim No. CR-H-00-0853M |
| | § |
| | § Pending in Southern Dist of Florida |
| vs. | § (District) |
| Zuhair Muhamed Rabei | § Ft Lauderdale 00-6211 |
| | § (Division-City/State) |
| | Bond Set: $50,000.00 / $5,000.00 dep. |

### AFFIDAVIT OF OWNERSHIP OF SECURITY FOR APPEARANCE

I, HASSAN ABDALLAH, on oath declare that I am the (owner) (agent for owner) of the $ 5,000.00 (Cashier's Check/Money Order No. CASH drawn on _____ (Bank) deposited as security on the appearance bond set for the defendant named above, and that said deposit is to be returned to the owner at the address listed below upon conclusion of this cause of action:

HASSAN ABDALLAH
Name of Owner

12906 RYAN GHGLES CR
Street or P. O. Box No.

HOUSTON TX 77044
City, State, Zip Code

I, as owner/agent for owner, subject said funds to the provisions of Local Rule 16 and consent and agree that should the defendant fail to abide by the conditions of release imposed by the Court, the Court may, upon notice to me of not less than 10 days, proceed to have said funds forfeited.

CLERK, U.S.D.C.
U.S. Courthouse
299 E. Broward Blvd.
Fort Lauderdale, FL 33301

_____
Signature

_____
Address if Different from above

SWORN TO AND SUBSCRIBED BEFORE ME on Aug 9, 2000.

MICHAEL MILBY, CLERK

By _____
Deputy Clerk