

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Michael N. Milby                                    P.O. Box 61010
Clerk                                               Houston, TX  77208


DATE: August 17, 2000
  TO: U.S. District Clerk, Southern District of Florida
FROM: USDC-HOUSTON, TX


RE:        CASE NO: CR-H- 00-853M
           (YOUR CASE NO. 00-6211
           USA VS. THOMAS L. NAROG, ET AL.

Enclosed please find all papers

--X--- File (including minutes, orders, etc.)

---- Bond (any cash deposited in the registry will be forwarded
     under separate cover)

---- Passport

--X-- Please acknowledge receipt of the enclosed by stamping the date of receipt,
     and returning in the self-addressed envelope provided.



THANK YOU,

*Beverly White*

BEVERLY WHITE



# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Michael N. Milby                          P.O. Box 61010
Clerk                                     Houston, TX  77208

DATE: August 17, 2000
  TO: U.S. District Clerk, Southern District of Florida
FROM: USDC-HOUSTON, TX

RE:        CASE NO: CR-H- 00-853M
           (YOUR CASE NO. 00-6211-
           USA VS. THOMAS L. NAROG, ET AL.

Enclosed please find all papers

--X--- File (including minutes, orders, etc.)

----- Bond (any cash deposited in the registry will be forwarded
      under separate cover)

---- Passport

--X-- Please acknowledge receipt of the enclosed by stamping the date of receipt,
      and returning in the self-addressed envelope provided.

THANK YOU,

*Beverly White*

BEVERLY WHITE

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD     SPECIAL AGENT JOE COLLINS (954)489-1730

# United States District Court

**SOUTHERN** _____ DISTRICT OF _____ **FLORIDA**

UNITED STATES OF AMERICA

v.

THOMAS L. NAROG, ET AL.

## WARRANT FOR ARREST

CASE NUMBER: **00-6211**

CR-HURLEY

MAGISTRATE JUDGE VITUNAC

TO:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ZUHAIR MAHMUD RABEI
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

_Signature of Issuing Officer_

AUGUST 1, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ PRE TRIAL DETENTION

by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

Certified to be a true and correct copy of the document on file
CLARENCE MADDOX
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 8/11/00



# United States District Court

## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.                                                        **APPEARANCE BOND**

**ZUHARI MAHUMUD RABEI**
       Defendant                              CASE NUMBER: CR-H-00-0853M

Non-surety:    I, the undersigned defendant acknowledge that I and my . . .
Surety:          We, the undersigned, jointly severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$_____*50,000.00*_____, and there has been deposited in the Registry of the Court the sum of
$_____*5,000.00*_____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant *Zuhari Mahumud Rabei*
                                                               (name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance
with any and all orders and directions relating to the defendant's appearance in this case, including appearance for
violation of a condition of defendant's release as may be ordered or notified by this court or any other United States
district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by
any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or
direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which
shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this
bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the
amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared
by any United States district court having cognizance of the above entitled matter at the time of such breach and if the
bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United
States district court against each debtor jointly and severally for the amount above stated, together with interest and
costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure
and any other laws of the United States.

This bond is signed on ___*8/8/00*___ at ___*Houston, TX*___.
                                           Date                             Place

X Defendant. _____ Address. *13720 Sablecrest Houston TX 7701*
X Surety. _____ Address. *12906 Ryan Eagle LF*
Surety. _____ Address. *Houston Tex 77044*

Signed and acknowledged before me on ___*8/8/00*___
                                               Date

_____
                                       Judicial Officer/Clerk

Approved: _____
               Judicial Officer

# United States District

UNITED STATES OF AMERICA
V.

**ORDER SETTING CONDITIONS
OF RELEASE**

ZUHAIR MAHUMUD RABEI

CASE NUMBER:    CR-H-00-0853M

Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)    The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)    The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3)    The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The defendant shall appear at (if blank, to be notified).

_____    on    _____
Place                                                                              Date and Time

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ (4)    The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✓ (5)    The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _Fifty Thousand_____ dollars ($ _50,000.00_    )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE  COPY-COURT          YELLOW-DEFENDANT          BLUE-U.S.  ATTORNEY          PINK-U.S.  MARSHAL          GREEN-PRETRIAL  SERVICES

**Additional Conditions of Release**

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT. IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( )  (6)  The defendant is placed in the custody of:

(Name of person or organization) _____

(Address) _____

(City and state) _____ (Tel.No.) _____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled

Signed: _____  _____

Custodian or Proxy    Date

( x )  (7)  The defendant shall:

( x )  (a)  report to the _____ PRE-TRIAL SERVICES
telephone number _____ 713-250-5218

( X )  (b)  execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property: $50,000.00

( X )  (c)  post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____ $5,000.00

( )  (d)  execute a bail bond with solvent sureties in the amount of $_____

( X )  (e)  maintain or actively seek employment.

( )  (f)  maintain or commence an education program.

( X )  (g)  surrender any passport to: _____

( X )  (h)  obtain no passport.

( X )  (i)  abide by the following restrictions on personal association, place of abode, or travel:
SOUTHERN DIST OF TEXAS, SOUTHERN DIST OF FLORIDA

( X )  (j)  avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:

( )  (k)  undergo medical or psychiatric treatment and/or remain in an institution as follows:

( )  (l)  return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s):

( )  (m)  maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

( X )  (n)  refrain from possessing a firearm, destructive device, or other dangerous weapons.

( X )  (o)  refrain from ( ) any ( X ) excessive use of alcohol.

( X )  (p)  refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.

( )  (q)  submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat

( )  (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services offices or supervising officer.

( )  (s)  refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a condition(s) of release.

( )  (t)  participate in one of the following home confinement program components and abide by all the requirements of the program which ( ____ ) will or ( ____ ) will not include electronic monitoring or other location verification system. You shall pay all of part of the cost of the program based upon your ability to pay as determined by the pretrial office or supervising officer.

( )  (I)  Curfew. You are restricted to your residence everyday ( ) from _____ to _____, or ( ____ ) as directed by the pretrial services office or supervising officer; or

( )  (ii)  Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or

( )  (iii)  Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, court appearances pre-approved by the pretrial services office or supervising officer.

( X )  (u)  report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel,

( X )  (v)  HASSEN ABDALLAH

( )  (w)

( )  (x)

WHITE COPY-COURT    YELLOW-DEFENDANT    BLUE-U.S. ATTORNEY    PINK-U.S. MARSHAL    GREEN-PRETRIAL SERVICES

**Advice of Penalties and Sanctions**

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

**Acknowledgment of Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

13720 Sablecrest
_____
Address                713 224 4505
                       281 586 7037
Houston TX 77014
_____
City and State          Telephone

**Directions to United States Marshal**

( ✔ )   The defendant is ORDERED released after processing.

(   )   The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:  8-9-2000

_____
Signature of Judicial Officer

UNITED STATES MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

WHITE  COPY-COURT        YELLOW-DEFENDANT        BLUE-U.S. ATTORNEY        PINK-U.S. MARSHAL        GREEN-PRETRIAL SERVICES

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Crim No. _CA-H-00-0853M_ |
| | § | |
| | § | Pending in _Southern Dist of Florida_ |
| vs. | § | (District) |
| _Zuhair Muhumud Kabei_ | § | _Ft Lauderdale_ '00-6211 |
| | § | (Division-City/State) |
| | | Bond Set: _$50,000.00 / $5,000.00 dep_ |

AFFIDAVIT OF OWNERSHIP
OF SECURITY FOR APPEARANCE

I, _HASSAN ABDALLAH_____, on oath declare that I am the (owner)
(agent for owner) of the $_____5,000.00_____(Cashier's Check/Money
Order No. ___CMSh___ drawn on _____ [Bank])
deposited as security on the appearance bond set for the defendant named
above, and that said deposit is to be returned to the owner at the address
listed below upon conclusion of this cause of action:

_HASSAN ABDALLAH_
**Name of Owner**

_12906 RYAN EAGLES CR_
**Street or P. O. Box No.**

_HOUSTON Texas 77044_
**City, State, Zip Code**

**I, as owner/agent for owner, subject said funds to the provisions of Local
Rule 16 and consent and agree that should the defendant fail to abide by the
conditions of release imposed by the Court, the Court may, upon notice to me
of not less than 10 days, proceed to have said funds forfeited.**

_____
**Signature**

_____
**Address if Different from above**

SWORN TO AND SUBSCRIBED BEFORE ME on _Aug 9,_____, 2000.

MICHAEL MILBY, CLERK

By _John Hogan_____
**Deputy Clerk**



Wed Aug  9 10:30:45 2000

UNITED STATES DISTRICT COURT

HOUSTON          , TX

Receipt No.   4 502754
Cashier       garyg

Tender Type  CASH

Transaction Type   C

Case No./Def No. 4:00-CR-0853M /   1

| D0 Code | Div No | Acct |
|---------|--------|------|
| 4679    | 4      | 604700 |

Amount              $   5000.00



BOND FOR ZUHAIR MUHUMUD RABEI PD BY
HASSAN ABDALLAH





cn

COURTROOM MINUTES ☐ INITIAL APPEARANCE ☑ IDENTITY      CLERK, U.S. DISTRICT COURT
☐ BOND HEARING ☐ PRELIMINARY HEARING     SOUTHERN DISTRICT OF TEXAS
☑ DETENTION HEARING
☐ COUNSEL DETERMINATION HEARING     **FILED** 8/8/00 *(signature)*
☐ HEARING CONTINUED ON _____     3:20 - 3:45

THE HONORABLE **FRANCES STACY**     MICHAEL N. MILBY, Clerk
Deputy Clerk: BEVERLY WHITE     OPEN: 11:25   ADJOURN: 12:40
    RECESS FROM: _____ TO: _____
☑ ERO/Tape No: *C. Harmon* RM # 702   Start _____ End _____   Additional Tape No. _____ Start _____ End _____
USPO ☐ PTSO ☑ *C. Harmon* ☐ Deft ☐ MW - ☑ does ☐ does not need an interpreter. ☐ Other District ☐ Division
INTERPRETER PRESENT: ☐ No ☑ Yes, Name: *Nura Midway* 5/0/71-71 *handwritten* No. 00-6211

CR # H00-853M   DEFT No. _____ USDJ 281-686-2989 *Stacy De La Torre* AUSA
UNITED STATES OF AMERICA     §
    § ☐ kgaddatty.
vs     §
*Zuhair Mahumud Rabei*     § *Scott Levy* ☑
_____     §
_____     §
_____     §
    Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

| | | |
|---|---|---|
| ☐ kars | Date of arrest: _____ or ☐ karar40 | |
| ☐ kie | Deft first appearance. Deft advised of rights/charges ☑ Probation violator ☐ Pretrial Release Violator | |
| ☐ trust | Deft first appearance with counsel. | |
| ☑ | ☑ Deft ☐ MW ☐ _____ appeared ☑ with ☐ without counsel. | |
| ☐ | Requests appointed counsel. | |
| ☐ kfinaff | **FINANCIAL AFFIDAVIT** executed. | |
| ☐ toapptpd | Order appointing Federal Public Defender. | |
| ☐ k20appt | Private Counsel appointed, _____ | |
| ☐ | Deft advises he will retain counsel. He retained | |
| ☑ to.(bnd.) | Bond ☑ set ☐ reduced to $ 50,000.00 ☑ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Deft ☑ MW | |
| | Bond ☐ revoked ☐ reinstated   5,000.00 | |
| ☑ | Surety signatures required *Hazim Hassan Abdallah* _____ | |
| ☐ kodtn | No bond set at this time, 10 day **DETENTION ORDER** entered. | |
| ☐ kodtn | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered. | |
| ☐ kodtn | **ORDER OF DETENTION PENDING TRIAL** entered. | |
| ☐ kocondrls | Deft advised of conditions of release. | |
| ☐ kbnd | **BOND EXECUTED.** ☐ Deft ☑ MW released ( ☐ State Authorities ☐ INS ) | |
| ☑ kloc.(LC) | ☐ Deft ☑ MW **REMANDED to CUSTODY.** | |
| ☐ to. | Deft **ORDERED REMOVED to Originating District.** | |
| ☐ kwvprl | **WAIVER of** ☐ Preliminary ☐ Identity/ ☐ Waiver of Rule 40 Hearing | |
| ☑ | Court finds **PROBABLE CAUSE** ☑ ID ☐ PC | |
| ☐ karr | Arraignment set _____ ☑ holding Detention Hearing set _____ | |
| ☐ kprlxm | Preliminary set _____ ☑ holding Bond Hearing set _____ | |
| ☑ krcduxm | Counsel Determination Hearing set _____ | |
| ☐ krmvhrg | Identity/Removal Hearing set _____ | |
| ☐ | Deft failed to appear. Oral ORDER for **ISSUANCE OF BENCH WARRANT. Bond FORFEITED.** (kbc/kfb) | |

CJA 20 (Rev 4/96)    **APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL**

| 1. JURISDICTION | 2. MAG. DOCKET NO. | 3. DIST. CT. DOCKET. NO. | VOUCHER NO. |
|---|---|---|---|
| 1 ☒ MAG.  2 ☐ DIST.  3 ☐ APPEALS  4 ☐ OTHER | CR-H-00-0853M | | 0910047 |

| 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC. CODE | 7. CHARGE/OFFENSE (U.S. or other code citation) | 7A. CASE CODE |
|---|---|---|---|---|
| | | TXSHOU | @!21USC841 | |

| 8. IN THE CASE OF | 9. PERSON REPRESENTED (FULL NAME) | 9A. NO. REPRES. |
|---|---|---|
| USA  vs  RABEI | SUHAIR MAHMUD RABEI | 1 |

| 10. PERSON REPRESENTED (STATUS) | 11. PROCEEDINGS (Describe briefly) |
|---|---|
| 1 ☐ DEFENDANT—ADULT   3 ☐ APPELLANT   5 ☐ OTHER<br>2 ☐ DEFENDANT—JUVENILE   4 ☐ APPELLEE | **ALL FURTHER PROCEEDINGS**<br>SOUTHERN DISTRICT OF TEXAS<br>8/8/00 |

| 12. PAYMENT CATEGORY |
|---|
| A ☐ FELONY   C ☐ PETTY OFFENSE   E ☐ OTHER<br>B ☐ MISDEMEANOR   D ☐ APPEAL |

**13. COURT ORDER**

O ☐ Appointing Counsel    F ☐ Subs. for FD
C ☐ Co-Counsel    R ☐ Subs. for Retained Atty.
P ☐ Subs. for Panel Atty. _____
                    Name of prior panel attorney

Appt. Date _____    Voucher No. _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 14 is appointed to represent this person in this case.

▶ _____
   Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)

▶ _____    ▶ _____
   Date of Order    Nunc Pro Tunc Date

| 14. FULL NAME OF ATTORNEY/PAYEE (First Name, M.I., Last Name, including Suffix) AND MAILING ADDRESS |
|---|
| **ALL FURTHER PROCEEDINGS**<br>SCOTT LEVY<br>#100 GREENBRIAR<br>HOUSTON, TX  77098 |

| 15. WORK PHONE | 16A. Does the attorney have the preexisting agreement (see instructions) with a corporation, including a professional corporation? ☐ Yes ☐ No. |
|---|---|
| 713-528-5409 | |

| 16B. SOCIAL SECURITY NO. (Only provide per instructions) | 16C. EMPLOYER I.D. NO. (Only provide per instructions) |
|---|---|
| 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 | |

| 16D. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) |
|---|

---

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | Multiply rate per hour times total hours to obtain "In Court" compensation. Enter total below. |
|---|---|---|---|---|
| 17. IN COURT | a. Arraignment and/or Plea | | | |
| | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | | | |
| | d. Trial | | | **17A. TOTAL IN COURT COMP.** |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = ____ ) TOTAL HOURS = | | | $ |
| 18. OUT OF COURT | a. Interviews and conferences | | | Multiply rate per hour times total hours. Enter total "out of court" compensation below. |
| | b. Obtaining and reviewing records | | | |
| | c. Legal research and brief writing | | | |
| | d. Travel time (Specify on additional sheets) | | | **18A. TOTAL OUT OF COURT COMP.** |
| | e. Investigative and other work (Specify on additional sheets) | | | |
| | (Rate per hour = ____ ) TOTAL HOURS = | | | $ |

| 19. EXPENSES | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | **19A. TOTAL TRAVEL EXP.** $ |
| | | | | | **19B. TOTAL OTHER EXP.** $ |
| | | | | | **20. GRAND TOTAL CLAIMED** $ |

**21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD _____ TO _____**

F ☐ Final Payment  I ☐ Interim Payment No. _____ Has compensation and/or reimbursement for work in this case previously been applied for? ☐ YES ☐ NO
If yes, were you paid? ☐ YES ☐ NO  If yes, by whom where you paid? _____ How much? _____ Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation? ☐ YES ☐ NO
If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements. ▶ _____    ▶ _____
                    SIGNATURE OF ATTORNEY/PAYEE    DATE

| | 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSE | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED/CERT. |
|---|---|---|---|---|---|
| APPROVED FOR PAYMENT | $ | $ | $ | $ | $ |
| | 27. SIGNATURE OF PRESIDING JUDICIAL OFFICER | | DATE | | 27A. JUDGE/MAG. CODE |
| | 28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE) | | DATE | | 29. TOTAL AMT. APPROVED $ |

COURTROOM MINUTES ☐ INITIAL APPEARANCE ☐ IDENTITY          CLERK, U.S. DISTRICT COURT
☐ BOND HEARING          ☐ PRELIMINARY HEARING          SOUTHERN DISTRICT OF TEXAS
☐ DETENTION HEARING
☑ COUNSEL DETERMINATION HEARING                          8/7/00 *FILED*
☐ HEARING CONTINUED ON _____                   MICHAEL N. MILBY, Clerk

THE HONORABLE  FRANCES STACY                             OPEN: 10:55 ADJOURN: 11:01
Deputy Clerk:  BEVERLY WHITE                             RECESS FROM: _____ TO: _____
ERO/Tape No: _____ CTRM # 702 _Start___ End___   Additional Tape No. ___ Start__ End__
USPO ☐ PTSO ☑ S. Thermon ☐ Deft ☐ MW - ☐ does ☑ does not need an interpreter. ☐ Other District ☐ Division
INTERPRETER PRESENT: ☑ No ☐ Yes, Name: _____       S/D/Fl Ft Lauderdale 00-6211
CR H-00-85 M  DEFT No. _____ USDJ _____ §          Stacy De La Torre, AUSA
UNITED STATES OF AMERICA                       §         ☐ kgadatty.
vs                                             §
_Zuhair Mahmud Rabei_                          §
_____                      §
_____                      §
_____                      §
_____                      §
                                                         Counsel for Defendants  Appt - (A), Reld - (R), FPD - (F)

☐ kars. . . . . Date of arrest: _____ or ☐ karar40
☐ kis. . . . . Deft first appearance.  Deft advised of rights/charges ☐ Probation violator ☐ Pretrial Release Violator
☐ kcnsl. . . . Deft first appearance with counsel.
☑ . . . . . ☑ Deft ☐ MW ☐ _____ appeared ☐ with ☑ without counsel.
☑ . . . . . Requests appointed counsel.
☑ kfinaff. . . FINANCIAL AFFIDAVIT executed.
☐ kapptpd. . . Order appointing Federal Public Defender.
☑ k20appt. . . Private Counsel appointed, _Scott Levy_
☐ . . . . . Deft advises he will retain counsel. He retained _____
☐ ko.(bnd.) . . Bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Deft ☐ MW.
☐ . . . . . Bond ☐ revoked ☐ reinstated
☐ . . . . . Surety signatures required
☐ kodta. . . . No bond set at this time, 10 day DETENTION ORDER entered.
☑ kodtn. . . . ORDER OF TEMPORARY DETENTION PENDING HEARING entered. _Continued_
☐ kodtn. . . . ORDER OF DETENTION PENDING TRIAL entered.
☐ kocondrls. . Deft advised of conditions of release.
☐ kbnd. . . . . BOND EXECUTED, ☐ Deft ☐ MW released ( ☐ State Authorities, ☐ INS )
☑ kloc.(LC) . . ☐ Deft ☑ MW REMANDED to CUSTODY
☑ ko. . . . . . Deft ORDERED REMOVED to Other District.
☐ kwvprl. . . WAIVER of ☐ Preliminary ☐ kwvr40hrg.  Waiver of Rule 40 Hearing
☐ . . . . . Court finds PROBABLE CAUSE ☐ ID ☐ PC
☐ kpar. . . . . Arraignment set _____ ☑ kdethrg. Detention Hearing set 8/8/00  10
☑ kprlhrn. . . Preliminary set 8/8/00  10 ☐ kbndhrg. Bond Hearing set _____
☐ kcnslhrn. . Counsel Determination Hearing set _____
☐ krmvhrg. . . Identity/Removal Hearing set _____
☐ . . . . . Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)

# FINANCIAL AFFIDAVIT

CJA 23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE    **REV. 1/90**

| IN UNITED STATES | ☑ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | S. DISTRICT COURT |
|---|---|---|---|---|---|

IN THE CASE OF

| | USA | vs | Rabei | FOR | S/D/TX | SOUTHERN DISTRICT LOCATION NUMBER |
|---|---|---|---|---|---|---|

AT  Houston

MICHAEL N. ___ TX5-H04

PERSON REPRESENTED (Show your full name)
ZCHAIR M. RABEI

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) ___

**DOCKET NUMBERS**
Magistrate
CR-H-00-853M
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box ➔) ☑ Felony
☐ Misdemeanor

## ANSWER

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☐ No  ☑ Am Self Employed
Name and address of employer: Sarah Food Mart  3415 Sarah St Houston Tx ___
**IF YES, how much do you earn per month?** $ 1800.00
**IF NO,** give month and year of last employment
How much did you earn per month $ ___
If married is your Spouse employed?  ☐ Yes  ☑ No
**IF YES,** how much does your Spouse earn per month $ ___    If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ ___

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY** $ ___    **RECEIVED**    **SOURCES**
**THE SOURCES**

**CASH**

Have you any cash on hand or money in savings or checking account  ☐ Yes  ☐ No    **IF YES,** state total amount $ 1200

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
**IF YES, GIVE VALUE AND DESCRIBE IT** $ ___    **VALUE**    **DESCRIPTION**

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents  6
List persons you actually support and your relationship to them
Mahmud, Yaad, Yousof, Mohammed Ahmad, Abdollah All Those are my children & my wife

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME. | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
|  |  | $ | $ 620 |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT**
(OR PERSON REPRESENTED)  ➤  Ze n.R.    8/7/00

COURTROOM MINUTES ☑ INITIAL APPEARANCE ___ IDENTITY

☐ BOND HEARING          ☐ PRELIMINARY HEARING

☐ DETENTION HEARING

☐ COUNSEL DETERMINATION HEARING

☐ HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

FILED
8/4/00 BW

MICHAEL N. MILBY, Clerk

THE HONORABLE  FRANCES STACY

Deputy Clerk:  BEVERLY WHITE

OPEN: 3:11   ADJOURN: _____
RECESS FROM: _____ TO: _____

☐ ERO/Tape No: _____   CTRM # 700   Start ___ End ___   Additional Tape No. ___ Start ___ End ___

☐ USPO ☐ PTSO V C Fillup   ☑ Deft ☐ MW - ☐ does ☐ does not need an interpreter.  ☑ Other District ☑ Division

INTERPRETER PRESENT: ☑ No ☐ Yes, Name: _____   9/0/ Florida   Case No. 00-6211

CR H-00-0853M DEFT No. _____ USDJ _____   Ft. Lauderdale

UNITED STATES OF AMERICA                    §                                              , AUSA

vs                                          §   Glenn Cook ☐ kgaddatty.

Thomas L. Harper                            §

Zuhair Shahumud Robei                       §

_____                            §

_____                            §

Counsel for Defendants  Appt - (A), Retd - (R), FPD  (F)

☐ karr. . . . . Date of arrest: _____ or ☐ karar40
☑ kia. . . . . Deft first appearance.  Deft advised of rights/charges ☐ Probation violator ☐ Pretrial Release Violator
☐ tcael. . . . Deft first appearance with counsel.
☑ . . . . . . ☑ Deft ☐ MW ☐ _____ appeared ☐ with ☑ without counsel.
☐ . . . . . . Requests appointed counsel.
☐ kfinaff. . . FINANCIAL AFFIDAVIT executed.
☐ koapptpd. . Order appointing Federal Public Defender.
☑ k20appt. . . Private Counsel appointed. _____
☐ . . . . . . Deft advises he will retain counsel. He retained _____
☐ ko.(bnd.) . Bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☑ Deft ☐ MW
☐ . . . . . . Bond ☐ revoked ☐ reinstated
☐ . . . . . . Surety signatures required
☐ kodta. . . . No bond set at this time, 10 day DETENTION ORDER entered.
☑ kodta. . . . ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
☐ kodta. . . . ORDER OF DETENTION PENDING TRIAL entered.
☐ kocondria. . Deft advised of conditions of release.
☐ kbnd. . . . BOND EXECUTED, ☐ Deft ☑ MW released ( ☐ State Authorities, ☐ INS )
☐ kdoc.(LC) . ☐ Deft ☐ MW REMANDED to Custody
☐ ko. . . . . Deft ORDERED REMOVED to Originating District
☐ kwvprl. . . WAIVER of ☐ Preliminary ☐ kwvrl40hrg  Waiver of Rule 40 Hearing
☐ . . . . . . Court finds PROBABLE CAUSE ☐ ID ☐ PC.
☐ karr. . . . Arraignment set _____ ☑ hearing - Detention Hearing on 8/18/00  :10
☑ kprelim. . . Preliminary set 8/18/00 ☑ hearing - Bond Hearing set _____
☑ kprelim. . . Counsel Determination Hearing set 8/7/00  :00
☑ kremvhrg. . Identity/Removal Hearing set 8/18/00  :00
☐ . . . . . . Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT Bond FORFEITED. (kdoc.ER)

AO 470 (8/85) Order of Temporary Detention

# United States District Court

SOUTHERN ————— DISTRICT OF TEXAS

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E B
84/08 Bill
BY DEPUTY    MICHAEL N. MILBY, CLERK

UNITED STATES OF AMERICA

V.

*Thomas L. Abrog*
*Zuhair Mahmud Rabei*
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: CR H —00 - 00853-M

Upon motion of the ___United States___, it is ORDERED that a
detention hearing is set for ___8-8-2000___ * at ⟨ 10:00am ⟩    2:00pm
                                      Date                                    Time

before ___MAGISTRATE JUDGE FRANCES H. STACY___
                        Name of Judicial Officer

___515 Rusk Ave., Houston, Texas, Courtroom #702___
                        Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
                        Other Custodial Official

Date: ___8-4-2000___          *Frances Stacy*
                                          Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

LMB/lmb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00-6211** CR-HURLEY

No. _____

21 U.S.C. § 841(d)(2)
21 U.S.C. § 846
21 U.S.C. § 853
18 U.S.C. § 2

MAGISTRATE JUDGE
VITUNAC

*CR-H-00     853 M*

UNITED STATES OF AMERICA     )
                            )
              Plaintiff,    )
                            )
v.                          )
                            )
THOMAS L. NAROG,            )
GHANDI JABER,               )
AHMAD ALMASRI,              )
NADIA ALMASRI,              )
MUTASEM AL-SALHI,           )
SABER ABDELMUTI,            )
RAED NASER ALDIN,           )
NABIL AQUIL,                )
NIZAR FNEICHE,              )
MOTLAQ JABER,               )
TEREK ZAKI ABU-LAWI,        )
RABAH EL HADDAD,            )
ZUHAIR MAHUMUD RABEI,       )
and                         )
MOHAMMED SAMHAN,            )
                            )
              Defendants.   )
_____)



## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or about September 1999, the exact date being unknown
to the Grand Jury, to the present, in Broward County, in the
Southern District of Florida, and elsewhere, the defendants,

THOMAS L. NAROG,
GHANDI JABER,
AHMAD ALMASRI,
NADIA ALMASRI,
MUTASEM AL-SALHI,
SABER ABDELMUTI,
RAED NASER ALDIN,
NABIL AQUIL,
NIZAR FNEICHE,
MOTLAQ JABER,
TEREK ZAKI ABU-LAWI,
RABAH EL HADDAD,
ZUHAIR MAHUMUD RABEI,
and
MOHAMMED SAMHAN,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to possess and distribute pseudoephedrine, a list I chemical as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, that is, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(d)(2); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about March 27, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

THOMAS L. NAROG,
GHANDI JABER,
MUTASEM AL-SALHI,
MOTLAQ JABER,
and
TEREK ZAKI ABU-LAWI,

did knowingly and intentionally possess and distribute

2

pseudoephedrine, a list I chemical as defined in Title 21, United

States Code, Section 802, knowing and having reasonable cause to

believe that the listed chemical would be used to manufacture a

controlled substance, that is, methamphetamine, a Schedule II

controlled substance, in violation of Title 21, United States

Code, Section 841(d)(2), and Title 18, United States Code,

Section 2.

### COUNT 3

On or about April 4, 2000, at Broward County, in the

Southern District of Florida, and elsewhere, the defendants,

THOMAS L. NAROG,
GHANDI JABER,
MOTLAQ JABER,
and
MUTASEM AL-SALHI,

did knowingly and intentionally possess and distribute

pseudoephedrine, a list I chemical as defined in Title 21, United

States Code, Section 802, knowing and having reasonable cause to

believe that the listed chemical would be used to manufacture a

controlled substance, that is, methamphetamine, a Schedule II

controlled substance, in violation of Title 21, United States

Code, Section 841(d)(2), and Title 18, United States Code,

Section 2.

3

HOUSTON COURT OPR-713-718-4848 JB    E THE COURT P.07/11
FT LAUD USAO    @005

## COUNT 4

On or about April 27, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

THOMAS L. NAROG,
GHANDI JABER,
AHMAD ALMASRI,
NADIA ALMASRI,
SABER ABDELMUTI,
and
ZUHAIR MAHUMUD RABEI,

did knowingly and intentionally possess and distribute pseudoephedrine, a list I chemical as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, that is, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(d)(2), and Title 18, United States Code, Section 2.

## COUNT 5

On or about June 1, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

THOMAS L. NAROG,
GHANDI JABER,
MOTLAQ JABER,
RAED NASER ALDIN,
NABIL AQUIL,
NIZAR FNEICHE,
RABAH EL HADDAD,
and
MOHAMMAD SAMHAN

did knowingly and intentionally possess and distribute

4

pseudoephedrine, a list I chemical as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, that is, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(d)(2), and Title 18, United States Code, Section 2.

## COUNT 6

On or about June 15, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

THOMAS L. NAROG,
RABAH EL HADDAD,
and
MOHAMMAD SAMHAN

did knowingly and intentionally possess and distribute pseudoephedrine, a list I chemical as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, that is, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(d)(2), and Title 18, United States Code, Section 2.

5

## COUNT 7

On or about June 20, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

THOMAS L. NAROG,

did knowingly and intentionally possess and distribute pseudoephedrine, a list I chemical as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, that is, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(d)(2), and Title 18, United States Code, Section 2.

6

## FORFEITURE
(21 U.S.C. §853)

As a result of the foregoing offenses listed in Counts

1,2,3,4,5,6, and 7, of the indictment, the defendants,

THOMAS L. NAROG,
GHANDI JABER,
AHMAD ALMASRI,
NADIA ALMASRI,
MUTASEM AL-SALHI,
SABER ABDELMUTI,
RAED NASER ALDIN,
NABIL AQUIL,
NIZAR FNEICHE,
MOTLAQ JABER,
TEREK ZAKI ABU-LAWI,
RABAH EL HADDAD,
ZUHAIR MAHUMUD RABEI,
and
MOHAMMED SAMHAN,

shall forfeit to the United States, any and all property used or

intended to be used in any manner or part to commit and to

facilitate the commission of the foregoing offenses; and any and

all property constituting and derived from proceeds the defendant

obtained directly or indirectly, as a result of such violations,

including, but not limited to:

1. the single family residence located at
   8 Castle Harbor Isle, Fort Lauderdale, Florida;

2. one 1996 White Mercedes four-door automobile;

3. 118 boxes, containing 144 bottles per box, of 60mg, 60
   count "Tru-Choice Maximum" pseudoephedrine pills, and
   31 boxes of loose 60 mg "Tru-Choice Maximum"
   pseudoephedrine pills packaged in clear ziplock baggies

7

pursuant to Title 21, United States Code, Sections 841(a)(1), 846, and 853.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

1.  cannot be located upon the exercise of due diligence;

2.  has been transferred or sold to, or deposited with, a third person;

3.  has been placed beyond the jurisdiction of the Court;

4.  has been substantially diminished in value; or

5.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United State Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
8-1-00

8