# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA
    Plaintiff,

**NOTICE**

VS.

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC

ZUHAIR RABEI   (SURR)
   (Deft. required)
   (ARABIC INTERP. ORD'D)
    Defendant.

---

TYPE OF CASE:

( ) **CIVIL**     (XX) **CRIMINAL**

---

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE | COURTROOM #3   (4TH FLOOR) |
| 701 CLEMATIS STREET | DATE AND TIME: |
| WEST PALM BEACH, FL. 33401 | TUESDAY, 9-12-00 @ 9:30 AM |

TYPE OF PROCEEDING:

    INITIAL HEARING

---

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

AUGUST 30, 2000
DATE

(BY) DEPUTY CLERK

TO:
    UNITED STATES ATTORNEY (LAURENCE BARDFELD)
    UNITED STATES MARSHAL
    UNITED STATES PRETRIAL SERVICE
    DEFENDANT-c/o Attorney Scott Levy-S/D of Texas (713-528-5409)