# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 09/12/2000    TIME: 9:30 AM

DEFT. ZUHAIR RABEI   (SURR)    CASE NO. 00-6211-CR-HURLEY/VITUNAC
(Arabic Interp. Ord'd-8/30/00)

AUSA. LAURENCE BARDFELD    ATTY.

AGENT. DEA    VIOL. 21:841(d)(2), 846

PROCEEDING INITIAL HEARING    BOND. $50,000 10% CASH BOND SET IN S/D OF TEXAS

DISPOSITION Initial held

Deft present - sworn /test.

Arabic Interpreter present

Indictment Read to deft & advised of his rights

Court questions deft & finds him Not Indigent.

Deft to retain private counsel.

Status Re Counsel & Possible Arraignment

Set for Tuesday, 9-19-00 @ 9:30 am before

Judge Vitunac.

Govt. Request to re-visit PTS. Must file written motion.

Deft is allowed to remain on bond as set in S/D of Texas.

DATE: 9-12-00    TAPE: AEV 00-62-599