CASE NUMBER  00-6211-CR-HURLEY/VITUNAC

# INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE  ARABIC

DEFENDANT(S)  ZUHAIR RABEI

c: Court Interpreter Supervisor

