# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: __00-6211-CR-HURLEY/VITUNAC__

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Defendant.
__ZUHAIR RABEI_____/

ORDER ON INITIAL APPEARANCE

Language __ARABIC__

Tape No. __AEV 00-62-599__

AUSA __LAURENCE BARDFELD__

Agent __DEA__

The above-named defendant having **SURRENDERED** ~~XXXXXXXXXX~~ on __9-12-00__, having appeared before the court for initial appearance on __9-12-00__, and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at __WPB__ on __TUESDAY, 9-19-00 @ 9:30 AM BEFORE JUDGE VITUNAC__, 19___.

4. Arraignment/~~XXXXXXXXXXXXXXXXX~~ hearing is set for __TUESDAY, 9-19-00 @ 9:30 AM BEFORE JUDGE VITUNAC__, 19___.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because __N/A__.

   A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for __N/A__, 19___.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:
    **CONTINUED ON $50,000 10% CASH BOND FROM S/D OF TEXAS**

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

___ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other: _____

___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___ d. Maintain or actively seek full-time gainful employment.

___ e. Maintain or begin an educational program.

___ f. Avoid all contact with victims of or witnesses to the crimes charged.

___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew: _____

—1—

SD/F M-1
Rev.12/95

___ i. Comply with the following additional special conditions of this bond: _____
_____

This bond was set:  At Arrest     __XX__

                    On Warrant    _____

                    After hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post the bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at ____WPB____, this __12__ day of ____SEPTEMBER____, XX 2000.

                                                        /s/ [signature]
                                                      UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD TO Pretrial Services

SD/F M-1
Rev.12/95