# United States District Court
## Southern District of Florida

United States of America          Case# 00-6211-
Vs

___Zuver R Robei___                Prisoner # 88691-029

*******************************************

To Clerk's Office, United States District Court: (Circle One)

MIAMI     FT. LAUDERDALE     **WEST PALM BEACH**     FT PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
*******************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST  9/12/00  0930
2) LANGUAGE(S) SPOKEN  English
3) OFFENSE(S) CHARGED  Pwid- meth
4) U.S. CITIZEN [✓] YES    [ ] NO    [ ] UNKNOWN
5) DATE OF BIRTH  11/27/57
6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [✓] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT

CASE # ___Above___
ORIGINATING DISTRICT ___S/FL___
COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [✓] NO
7) AMOUNT OF BOND  50K 10%   WHO SET BOND  McG in TX
8) ARRESTING AGENT  Winer   DATE  9/2/00
9) AGENCY  USMS           PHONE  655-1800
10) REMARKS _____

