# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 09/19/2000   TIME: 9:30 AM

DEFT.  ZUHAIR RABEI  (B) ✓   CASE NO. 00-6211-CR-HURLEY/VITUNAC
(Arabic Interp. Ord'd-9/12/00)

AUSA. LAURENCE BARDFELD ✓   ATTY. _____

AGENT. DEA   VIOL. 21:841(d)(2),846

PROCEEDING  STATUS RE COUNSEL ~~AND POSSIBLE ARRAIGNMENT~~
BOND. CONTINUED ON $50,000 10% CASH BOND FROM S/D OF TEXAS

DISPOSITION: Status Re Counsel held

Deft present - sworn/test.

Deft has not retained counsel.

Court question deft, finds him indigent & appts CJA Counsel

Arraignment & Possible Review of Bail set for Wednesday, 9-20-00 @ 9:30 am before Judge Vitunac.

DATE: 9-19-00   TAPE: AEV 00-63-1494