**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: <u>00-6211-CR-HURLEY/VITUNAC</u>

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ZUHAIR RABEI,

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on **SEPTEMBER 20, 2000**, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**      Address: <u>  IN CUSTODY  </u>

           Telephone no.: _____

**DEFENSE COUNSEL:**    Name: <u>  RANDEE GOLDER  </u>

           Address: <u>  P.O. BOX 3756  </u>

           <u>  BOYNTON BEACH, FLORIDA 33424-3756  </u>

           Telephone no.: <u>(561) 752-9890</u>

BOND/SET//////////: $ <u> 100,000 CSB W/NEBBIA </u>

BOND//// hrg held: YES_____ NO <u>X</u> BOND/PTD hrg set for_____

Dated this <u>  20  </u> day of <u>  SEPTEMBER  </u>, 2000.

                                       CLARENCE MADDOX, CLERK OF COURT

                                       By: _____
                                                Deputy Clerk

c:    Courtroom Deputy, District Judge
      United States Attorney
      Defense Counsel
      United States Pretrial Service