# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 09/20/2000   TIME: ~~9:30 AM~~ 11:00 AM

DEFT. ZUHAIR RABEI (B) ✓
(Arabic Interp. Ord'd-9/19/00) ✓

CASE NO. 00-6211-CR-HURLEY/VITUNAC

AUSA. LAURENCE BARDFELD ✓

ATTY. RANDEE GOLDER, CJA ✓

AGENT. DEA

VIOL. 21:841(d)(2), 846

PROCEEDING: ARRAIGNMENT & POSSIBLE REVIEW OF BOND

BOND. CONTINUED ON $50,000 10% CASH BOND FROM S/D OF TEXAS

DISPOSITION

Deft present with counsel, sworn waives formal reading of the Indictment & pleads not guilty

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovered Order requested, signed & distributed

Status/Disc. set for Friday, 10-20-00 @ 9:30 am before Judge Johnson.

Gov't present arguments
Defense present arguments
Court reset bond @ $100,000 CSB w/Nebbia without prejudice. Deft remanded to custody of U.S. Marshals. Bond in the amount of $5000.00 cash is hereby exonerated.

DATE: 9-20-00

TAPE: AEV 00-63-3297
00-64-1