UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6211-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ZUHAIR RABEI,

    Defendant.
_____/



## ORDER

THIS CAUSE is before this Court on the Government's request to re-visit bond previously set in the Southern District of Texas. A hearing on this issue was held on September 20, 2000. The Government was represented by Laurence Bardfeld. Defendant was present and represented by Attorney Randee Golder. The Court being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Bond previously post by on behalf of Defendant by Hassan Abdallah in the amount of $5000.00 cash plus accrued interest is hereby EXONERATED;

2. Bond is set in the amount of $100,000.00 CSB WITH NEBBIA; and

3. Defendant is REMANDED into the custody of the United States Marshal Service.

DONE and ORDERED in Chambers at West Palm Beach in the Northern Division of the Southern District of Florida, this 28th day of September, 2000 (nunc pro tunc). 20 Sept

                                     ANN E. VITUNAC
                                     United States Magistrate Judge

Copies to:
AUSA Laurence Bardfeld (Fort Lauderdale)
Randee Golder, Esq.
U.S. Marshal Service
U.S. Pretrial Service