UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS L. NAROG, et al.,

    Defendants.



### DEMAND FOR EXPERT WITNESS DISCLOSURE BY RABEI

The defendant, ZUHAIR RABEI, by and through the undersigned attorney, hereby demands disclosure of all expert witnesses the government intends to use pursuant to rules 702, 703, or 705 of the Federal Rules of Evidence and further demands a written summary of testimony be provided pursuant to rule 16(a)(1)(E).

RANDEE J. GOLDER, P.A.
PO Box 3756
Boynton Beach, FL 33424-3756
(561) 752-9890
FAX: (561) 752-9889

_____
Randee J. Golder, Esq.
Fla. Bar No. 402206

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to:

AUSA Laurence M. Bardfeld
U.S. Attorney's Office
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33394-3002

Glenn Seiden, Esq.
33 N. Dearborn St., Suite 1015
Chicago, IL 60602-3105
   *Atty for Ghandi Jaber*

Theodore Weeks IV, Esq.
1 Lake Morton Dr.
PO Box 3
Lakeland, FL 33802-0003
   *Atty for Mutasem Al-Salhi*

Timothy Biasiello, Esq.
33 N. Dearborn St., Suite 1015
Chicago, IL 60602
   *Atty for Nizar Fneiche*

Leonard P. Fenn, Esq.
2121 Ponce de Leon Blvd., Suite 430
Coral Gables, FL 33134
   *Atty for Mohammed Samhan*

Alvin Entin, Esq.
200 E. Broward Blvd., Suite 1210
Ft. Lauderdale, FL 33301
   *Atty for Thomas Narog*

Mark E. NeJame, Esq.
1 S. Orange Ave., Suite 304
Orlando, FL 32801
   *Atty for Ahmad & Nadia Almasri*

Bruce Alan Goodman, Esq.
2900 Oakland Park Blvd., 3rd Floor
Ft. Lauderdale, FL 33306
   *Atty for Nabil Aquil*

Howard M. Srebnick, Esq.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
   *Atty for Rabah El Haddad*

Charles White, Esq.
2250 SW 3rd Ave., #150
Miami, FL 33129
   *Atty for Raed Naser Aldin*

on this 19th day of October, 2000.

RANDEE J. GOLDER, P.A.
PO Box 3756
Boynton Beach, FL 33424-3756
(561) 752-9890
FAX: (561) 752-9889

_____
Randee J. Golder, Esq.
Fla. Bar No. 402206

2