# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 10/20/00   TIME: 9:30 AM

DEFT. ZUHAIR RABEI (B)   CASE NO. 00-6211-CR-HURLEY/JOHNSON

AUSA. *Nancy Vorpe-Quinlan for* LAURENCE BARDFELD   ATTY. RANDEE GOLDER, CJA

AGENT. _____   VIOL. PWID PSEUDOEPHEDRINE 21:846, 841(a)(1)

PROCEEDING  STATUS RE: DISCOVERY   BOND. $75,000 PSB

DISPOSITION  Government will provide the Court with the status of the case later this afternoon

DATE: 10/20/00   TAPE: LRJ-00-92-2400