TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __ZUHAIR RABEI__

CASE NO. __00-6211__ CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on __October 20, 2000__.

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

__✓__ The following motions are pending before the assigned Magistrate Judge:

Motion to modify conditions of bond - hearing set before Judge V. Tunac

_____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

__✓__ There are no discovery problems.

_____ The case is likely to settle by plea.

__✓__ The case is ready for trial and not likely to settle by plea.

__✓__ The parties estimate trial will take __4__ ~~days~~ weeks to complete.

__✓__ Other comments: Trial set for March, 2001.

Respectfully submitted,

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE