# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

VS.

ZUHAIR RABEI  (J)#88691-079
    (Arabic Interp. Ord'd)
        (Deft. required)
            Defendant.

**NOTICE**

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC

TYPE OF CASE:

( ) **CIVIL**          (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WEST PALM BEACH, FL. 33401 | COURTROOM #3  (4TH FLOOR)<br>DATE AND TIME:<br>WEDNESDAY, 12-13-00 @ 9:30 AM |

TYPE OF PROCEEDING:

NEBBIA HEARING

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

DECEMBER 11, 2000
DATE

(BY) DEPUTY CLERK

TO:  RANDEE GOLDER, ESQUIRE
     UNITED STATES ATTORNEY (LAURENCE BARDFELD)
     UNITED STATES MARSHAL
     UNITED STATES PRETRIAL SERVICE