# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 12/13/2000  TIME: 9:30 AM

DEFT. ZUHAIR RABEI (J)#88691-079  
(Arabic Interp. Ord'd-12/8/00)  
CASE NO. 00-6211-CR-HURLEY/VITUNAC

AUSA. LAURENCE BARDFELD  
ATTY. RANDEE GOLDER (CJA)

AGENT. JOSEPH COLLINS-DEA  
VIOL. 21:841(a)(1), 846

PROCEEDING NEBBIA HEARING  
BOND. $100,000 CSB W/NEBBIA

DISPOSITION Nebbia Held

Deft present with counsel & proffers evidence. Witness: Ahmad Asad - Bondsman - (Adams Bail Bonds) - Ranger Ins - sworn/testified. Court satisfied Nebbia has been met & sets bond @ $100,000 CSB. Passport in Agent's custody. Conditions: Reside @ 10157 Westview Dr #26, Houston Texas 77043 & no where else, do not move without Court's permission, travel restricted to S/D of Texas & S/D of Florida for court appearances or to meet with counsel only, to be employed @ a job - verified by PTS, not to apply for or receive any travel documents of any kind, no weapons/firearms, no contact with witnesses.

DATE: 12-13-00  
TAPE: AEV 00-93-773