# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA
    Plaintiff,

**NOTICE**

VS.

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC

ZUHAIR RABEI  (J)#88691-079
    (Deft. required)
       Defendant.

TYPE OF CASE:

( ) **CIVIL**    (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE | __COURTROOM #3   (4TH FLOOR)__ |
| 701 CLEMATIS STREET | DATE AND TIME: |
| WEST PALM BEACH, FL. 33401 | WEDNESDAY, 2-21-01 @ 9:30 AM |

TYPE OF PROCEEDING:

SECOND NEBBIA HEARING TO SUBSTITUTE PROPERTY

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

FEBRUARY 16, 2001
DATE

(BY) DEPUTY CLERK

TO: RANDEE GOLDER, ESQUIRE
    UNITED STATES ATTORNEY (LAURENCE BARDFELD)
    UNITED STATES MARSHAL
    UNITED STATES PRETRIAL SERVICE