# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 02/21/2001   TIME: 9:30 AM

DEFT. ZUHAIR RABEI (J) #88691-079 ✓
(Arabic Interp. Ord'd-2/16/01) ✓

AUSA. ~~Lauren Jorgensen~~ / LAURENCE BARDFELD

CASE NO. 00-6211-CR-HURLEY/VITUNAC

ATTY. RANDEE GOLDER (CJA) ✓

AGENT. DEA

VIOL. 21:841(a)(1), 846

PROCEEDING  SECOND NEBBIA HEARING (TO SUBSTITUTE PROPERTY)

BOND. $100,000 CSB

DISPOSITION  Nebbia held.
Deft present with counsel - sworn
Defense proffers new property
Witness: Ahmad Abd- Bondsman - sworn/tst.
New property is in St. John's County, Florida & will substitute for property in Virgin Island previously offered.
Court accepts property. Nebbia Satisfied
Deft is hereby released. All conditions as previously set by this court remains in full force & effect -

DATE: 2-21-01

TAPE: A801-7-3800
01-8-60