UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>00-6211-CR-HURLEY/VITUNAC(s)</u>

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ZUHAIR MAHUMUD RABEI,

    Defendant.
_____/



### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on __MARCH 14, 2001__, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**    Address: __ON BOND__

    Telephone no.: _____

**DEFENSE COUNSEL:**    Name: __RANDEE GOLDER__

    Address: __P.O. BOX 3756__

    __BOYNTON BEACH, FLORIDA 33424__

    Telephone no.: __(561) 782-9890__

BOND/SET//////////: $ __100,000 CSB__

BOND/PTD hrg held: YES_____ NO___ BOND/PTD hrg set for_____

Dated this __14__ day of __MARCH__, 2001.

CLARENCE MADDOX, CLERK OF COURT

By: _____
    Deputy Clerk

c:    Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service