# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 03/14/2001   TIME: 10:00 AM

DEFT. ZUHAIR MAHUMUD RABEI (B) ✓
(Arabic Interp. Ord'd-3/7/01)

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA. LAURENCE BARDFELD ✓

ATTY. RANDEE GOLDER (CJA) ✓

AGENT. DEA

VIOL. 21:841(a)(1) & 846

PROCEEDING: ARRAIGNMENT ON SUPERSEDING INDICTMENT

BOND. $100,000 CSB

DISPOSITION: Arraignment held. Deft present with counsel, waived formal reading of the S/Indictment & pleaded Not Guilty, agreed to disc.

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Status/Disc 4-16-01 @ 9:30 AM - Judge Vitunac

Defense request to change address
Govt. does not oppose
Written motion to be filed
Likely Plea

DATE: 3-14-01

TAPE: AEV 01-16-2904