UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS L. NAROG, et al.,

    Defendants.



## MOTION TO PERMIT CHANGE OF ADDRESS

The defendant, ZUHAIR RABEI, by and through the undersigned attorney, requests this Honorable Court allow him to change his address based on the following.

The defendant has recently been released on bond. Upon release, he returned to Texas to live. However, airfare was extremely expensive to come to court recently for arraignment on a superseding indictment (in excess of $600 one-way). To avoid this expense, the defendant would like to change his residence to live with his cousin Sufian Abdallah, 45 Waymouth, Palm Coast, FL 32137; Phone (904) 447-0762. The defendant's cousin can provide him with work in his market. The telephone number for the market where the defendant will work is (904) 255-2018. This cousin has pledged his home to secure the defendant's bond.

The defendant is scheduled to enter a change of plea before Judge Hurley on April 6, 2001. Therefore, it is anticipated the defendant will have to return to court soon, and the cost of airfare is more than this defendant can afford if he maintains his residence in Texas.

The government does not object to this requested change.



The defendant has complied with all conditions of his release and has maintained regular contact with the undersigned attorney.

WHEREFORE, the defendant prays this Honorable Court allow him to change his residence as set forth above.

RANDEE J. GOLDER, P.A.
PO Box 243756
Boynton Beach, FL 33424-3756
(561) 752-9890
FAX: (561) 752-9889

_____
Randee J. Golder, Esq.
Fla. Bar No. 402206

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to:

AUSA Laurence M. Bardfeld
U.S. Attorney's Office
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33394-3002

U.S. Pretrial Services
U.S. Courthouse
701 Clematis St.
West Palm Beach, FL 33401

on this 15th day of March, 2001.

RANDEE J. GOLDER, P.A.
PO Box 243756
Boynton Beach, FL 33424-3756
(561) 752-9890
FAX: (561) 752-9889

_____
Randee J. Golder, Esq.
Fla. Bar No. 402206

2