UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZUHAIR RABEI,

    Defendant.



### ORDER PERMITTING DEFENDANT RABEI TO CHANGE ADDRESS

THIS CAUSE having come to be heard on defendant Rabei's Motion to Permit Change of Address, this Court having heard argument of counsel, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. The defendant's bond is modified to require him to reside with his cousin, Sufian Abdallah at 45 Waymouth, Palm Coast, FL 32137; phone (904) 447-0762; work phone (904) 255-2018.

DONE AND ORDERED in Chambers in West Palm Beach, Southern District of Florida on this _26_ day of _March_, 2001.

_____
U.S. MAGISTRATE JUDGE

cc:    Randee J. Golder, P.A.
       AUSA Laurence Bardfeld
       U.S. Pretrial Services