# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

FILED by ___ D.C.
APR - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

===========================================

Case No. **00-6211-CR**        Date **April 6, 2001**

Courtroom Deputy: James E. Caldwell        Court reporter: Pauline Stipes

Language Spoken: **Arabic**        Defendant's Status: (Pretrial Detained / Bond)

UNITED STATES OF AMERICA v. **Zuhair Mahumud Rabei**

AUSA: **Karen Atkinson for Laurence M. Bardfield**        DEFENSE COUNSEL: **Randee Golder**

TYPE OF HEARING: **Change of plea from not guilty to guilty as to Count 1 of the Superseding Indictment.**

RESULTS OF HEARING: **After an inquiry, the plea of guilty was accepted.**

Misc.: **Sentencing date set for friday, July 13, 2001, at 9:30 a.m.**