# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 04/16/2001   TIME: 9:30 AM

DEFT. ZUHAIR MAHUMUD RABEI (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Deft. not required)
AUSA. *James Hopkins* / LAURENCE BARDFELD   ATTY. *Charles White for* RANDEE GOLDER (CJA)

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING STATUS/DISCOVERY CONF.   BOND. $100,000 CSB

DISPOSITION Status/Discovery held.
Deft plead guilty on 4/6/01 before
Judge Hurley

DATE: 4-16-01   TAPE: AEV 01-24-1