UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-Hurley/Vitunac

FILED BY_____D.C.

**01 JUL -6 AM II: 13**

CL~~~~~ ~~DDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ZUHAIR RABEI,

      Defendant.

---

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The defendant, ZUHAIR RABEI, by and through the undersigned attorney, requests this Honorable Court continue his sentencing based on the following:

1.    The defendant is currently set for sentencing on July 13, 2001 at 9:30 a.m.

2.    The defendant is on bond and is abiding by all conditions of bond.

3.    The defendant suffers from a serious heart condition that leaves him weak and tired.

4.    The defendant has been cooperating with the government and is a potential witness at the trial of his co-defendants. The trial of the co-defendants is currently set for October 2001.

5.    It is anticipated that the government will be in a position to file a motion to reduce sentence based not only on this case but also on other efforts of the defendant. However, more time is needed before the government is in a position to file such a motion.

6.    It is possible that, if the defendant receives a motion to reduce sentence, combined with his serious health problems and the time he served in this case before being released on bond, the defendant will have to serve little or no additional time in prison.

7.   The prosecutor, AUSA Bardfeld, stated he does not oppose granting this motion and joins in this request.

WHEREFORE, the defendant prays this Honorable Court continue his sentencing until after the trial of his co-defendants, which is currently set for October, 2001.

> RANDEE J. GOLDER, P.A.
> PO Box 243756
> Boynton Beach, FL 33424-3756
> (561) 752-9890
> FAX: (561) 752-9889

> _____
> Randee J. Golder, Esq.
> Fla. Bar No. 402206

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to:

AUSA Laurence M. Bardfeld
U.S. Attorney's Office
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33394-3002

USPO Sheila A. Parsons
U.S. Probation Office
501 S. Flagler Dr., Suite 400
West Palm Beach, FL 33401

on this _3rd_ day of July, 2001.

> RANDEE J. GOLDER, P.A.
> PO Box 243756
> Boynton Beach, FL 33424-3756
> (561) 752-9890
> FAX: (561) 752-9889

> _____
> Randee J. Golder, Esq.
> Fla. Bar No. 402206

2