UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZUHAIR RABEI,

    Defendant.



FILED by _____ D.C.
JUL 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER CONTINUING SENTENCING

THIS CAUSE having come to be heard on defendant's Motion to Continue Sentencing, this Court having heard argument of counsel, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. The defendant's sentencing is reset to **December 7**, 2001 at **9:30** a.m. / p.m. at the Federal Courthouse, 701 Clematis St., West Palm Beach, Florida.

DONE AND ORDERED in Chambers in West Palm Beach, Southern District of Florida on this 10th day of July, 2001.

                    Daniel T.K. Hurley
                    UNITED STATES DISTRICT JUDGE

cc:    Randee J. Golder, P.A.
       AUSA Laurence Bardfeld
       **U.S. Probation**