UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-Hurley/Vitunac

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ZUHAIR RABEI,

        Defendant.



FILED by _____ D.C.

DEC - 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

---

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The defendant, ZUHAIR RABEI, by and through the undersigned attorney, requests this Honorable Court continue his sentencing based on the following:

1. The defendant is currently set for sentencing on December 7, 2001 at 9:30 a.m.

2. The defendant is on bond and is abiding by all conditions of bond.

3. The defendant suffers from a serious heart condition that leaves him weak and tired.

4. The defendant has been cooperating with the government and is a potential witness at the trial of his co-defendants. The trial of the co-defendants is currently set for February 2002.

5. It is anticipated that the government will be in a position to file a motion to reduce sentence based not only on this case but also on other efforts of the defendant. However, more time is needed before the government is in a position to file such a motion.

6. It is possible that, if the defendant receives a motion to reduce sentence, combined with his serious health problems and the time he served in this case before being released on bond, the defendant will have to serve little or no additional time in prison.



7. In addition, there are already several witnesses in the case who are incarcerated. The prosecution has informed defense counsel that the more witnesses that are incarcerated, the greater the burden it placed on the Marshal's Service, whose resources are already strained as a result of the events of September 11, 2001 and the terrorist threats resulting from the war in Afghanistan.

8. The prosecutor, AUSA Thomas O'Malley, stated he does not oppose granting this motion and joins in this request.

WHEREFORE, the defendant prays this Honorable Court continue his sentencing until after the trial of his co-defendants, which is currently set for February, 2002.

_____
Randee J. Golder, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to:

AUSA Thomas O'Malley  
U.S. Attorney's Office  
500 E. Broward Blvd., 7th Floor  
Ft. Lauderdale, FL 33394-3002  

USPO Sheila A. Parsons  
U.S. Probation Office  
501 S. Flagler Dr., Suite 400  
West Palm Beach, FL 33401

on this ____ day of December, 2001.

RANDEE J. GOLDER, P.A.  
PO Box 243756  
Boynton Beach, FL 33424-3756  
(561) 752-9890  
FAX: (561) 752-9889

_____
Randee J. Golder, Esq.  
Fla. Bar No. 402206

2