UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZUHAIR RABEI,

    Defendant.

FILED by _____ D.C.
DEC 11 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER CONTINUING SENTENCING

THIS CAUSE having come to be heard on defendant's Motion to Continue Sentencing, this Court having heard argument of counsel, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. The defendant's sentencing is reset to __MARCH 15__, 2002 at __1:30__ p.m. at the Federal Courthouse, 701 Clematis St., West Palm Beach, Florida.

DONE AND ORDERED in Chambers in West Palm Beach, Southern District of Florida on this __6th__ day of __Dec.__, 2001.

_____
Daniel T.K. Hurley
UNITED STATES DISTRICT JUDGE

cc:    Randee J. Golder, P.A.
       AUSA Thomas O'Malley (FtL)