UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-Hurley/Vitunac



UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZUHAIR RABEI,

    Defendant.

## MOTION FOR PERMISSION TO TRAVEL

The defendant, ZUHAIR RABEI, by and through the undersigned attorney, requests this court allow the defendant to travel to Houston, Texas from January 23, 2002 through January 26, 2002.

If allowed to travel, the defendant would stay with his relative at the following address and telephone number:

    Hassan Abdullah
    12906 Ryaneagles Cir.
    Houston, TX 77044
    (281) 255-2034

The defendant is needed in Houston, Texas to take care of some family business. The mini-mart store operated by Abdullah uses a liquor license in the name of the defendant. The liquor license needs to be renewed. This requires the defendant to appear in person to sign certain paperwork. The mini-mart serves as the sole means of support for Mr. Abdullah and his family.

The undersigned attorney has contacted Pretrial Services Officer Dawn Egan in the Jacksonville office of Pretrial Services in the Middle District of Florida (1-800-786-0182 ext.33).