UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZUHAIR RABEI,

    Defendant.



FILED by ___ D.C.
JAN 18 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ALLOWING TRAVEL

THIS CAUSE having come to be heard on defendant's Motion for Permission to Travel, this Court having heard argument of counsel, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. The defendant is allowed to travel to Houston, Texas from January 23, 2002 through January 26, 2002. The defendant shall reside with Hassan Abdullah at the address and telephone number stated in his motion during the time he is in Houston, Texas.

DONE AND ORDERED in Chambers in West Palm Beach, Southern District of Florida on this _18th_ day of January, 2002.

                                                Daniel T.K. Hurley
                                              UNITED STATES DISTRICT JUDGE

cc:    Randee J. Golder, P.A.
       AUSA Thomas O'Malley
       U.S. Pretrial Services (Miami)
       U.S. Pretrial Services (Jacksonville)

