UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS L. NAROG, et al.,

    Defendants.



## MOTION TO PERMIT CHANGE OF ADDRESS

The defendant, ZUHAIR RABEI, by and through the undersigned attorney, requests this Honorable Court allow him to change his address based on the following.

The defendant has been residing in the Melbourne area and working in a mini-market owned by the family. The mini-market was recently sold. The defendant would like to change his residence to live in Tallahassee where he can work in another family-owned market. The defendant suffers from a heart condition that was diagnosed while he was incarcerated in this case. As a result of the condition, the defendant gets very tired at times during the day. His family members have arranged for him to work in the business and still be able to rest when he becomes tired.

The defendant would live and work at the following addresses with the following contact telephone numbers:

Home:
2131 Meridian, Apt. 130
Tallahassee, FL 32303
(850) 385-6759

Work:
Yara Food Store
880 W. Pensacola St.
Tallahassee, FL 32304
(850) 224-2232



The defendant is scheduled to be sentenced before Judge Hurley on March 15, 2001.

The defendant has complied with all conditions of his release and has maintained regular contact with the undersigned attorney and his Pretrial Services Officer. In addition, the defendant has made himself available to the government when and if needed to testify at the trial of his co-defendants.

WHEREFORE, the defendant prays this Honorable Court allow him to change his residence as set forth above.

RANDEE J. GOLDER, P.A.
PO Box 243756
Boynton Beach, FL 33424-3756
(561) 752-9890
FAX: (561) 752-9889

_____
Randee J. Golder, Esq.
Fla. Bar No. 402206

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to:

AUSA Thomas O'Malley
U.S. Attorney's Office
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33394-3002

U.S. Pretrial Services
U.S. Courthouse
701 Clematis St.
West Palm Beach, FL 33401

on this 26th day of February, 2002.

_____
Randee J. Golder, Esq.