UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZUHAIR RABEI,

    Defendant.



FILED by ___ D.C.
FEB 28 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

___

**ORDER PERMITTING DEFENDANT RABEI TO CHANGE ADDRESS**

___

THIS CAUSE having come to be heard on defendant Rabei's Motion to Permit Change of Address, this Court having heard argument of counsel, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. The defendant's bond is modified to require him to reside at the address set forth in his motion.

DONE AND ORDERED in Chambers in West Palm Beach, Southern District of Florida on this _28th_ day of _Feb._, 2002.

                                    Daniel T. K. Hurley
                                    U.S. MAGISTRATE JUDGE

cc:    Randee J. Golder, P.A.
       AUSA Thomas O'Malley
       U.S. Pretrial Services