United States Government
**M E M O R A N D U M**

**DATE:** May 19, 2003

**FROM:** Heath M. Schur
United States Probation Officer
Boca Raton, FL
(561) 999-4812



**SUBJECT:** RABEI, Zuhair
Docket No. 00-6211-CR-HURLEY
SD/FL PACTS No. 64963

**TO:** Honorable Daniel T.K. Hurley
United States District Judge
West Palm Beach, FL

### REQUEST FOR TRAVEL OUTSIDE OF THE CONTINENTAL UNITED STATES

#### Original Offense, Date and Sentence:

On March 15, 2002, Mr. Rabei was sentenced in the Southern District of Florida by Your Honor for the offense of Count 1: Conspiracy to possess a listed chemical, pseudoephedrine, knowing it would be used for manufacturing a controlled substance, methamphetamine, 21 U.S.C. §841(d)(2) and 846. Mr. Rabei was sentenced to time served, followed by two (2) years supervised release. A special assessment of $100 was also imposed. The following special conditions were imposed: maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer; submit to reasonable search, and prior approval for self employment necessary. Mr. Rabei's monetary obligation has been satisfied.

#### History of Supervision:

Mr. Rabei has been reporting to U.S. Probation as instructed, since sentencing. Mr. Rabei has completed Mandatory Drug Testing with all tests negative for illicit substances. Mr. Rabei has requested permission to visit his family in the village of Sudra-Rammallah, Palestine, via Israel, from
June 3, 2003 through August 3 2003.

#### Recommendation:

Because Mr. Rabei has satisfied his monetary obligations with the court and has not tested positive for illicit drugs for over six (6) months, the Northern District of Florida is respectfully seeking the Court's approval of Mr. Rabei's travel request. The Israeli Consulate was contacted and no restrictions were able to be determined.

Attached for Your Honor's review is the Judgment in a Criminal Case and presentence investigation report. If Your Honor concurs with the U.S. Probation Office's recommendation, please indicate below.

Respectfully submitted,

HMS/cp
attachments
REVIEWED BY:

Lonzo Lowery, Supervising
U.S. Probation Officer

Approved: ✓

Disapproved: _____

Specific course of action: _____

Daniel T.K. Hurley                Date 5/23/03
United States District Judge